IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT WILLIAM MULLIN,<br><br>    Petitioner,<br><br>vs.<br><br>M. MARTEL, Warden,<br><br>    Respondent. | No. C 08-2707 CRB (PR)<br><br>ORDER OF TRANSFER |

    Petitioner seeks federal habeas review of the denial of parole from a sentence imposed by Santa Cruz County Superior Court, which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at Mule Creek State Prison in Ione, County of Amador, which lies in the Eastern District of California. See id. § 84(b).

    Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

    Because the County of Amador lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

    The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: June 2, 2008

                                     CHARLES R. BREYER
                                     United States District Judge