1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HERBERT WILLIAM MULLIN,

11              Petitioner,              No. CIV S-08-1233 GGH P

12        vs.

13   MARTEL, Warden,

14              Respondent.              ORDER

15   _____/

16              On June 3, 2008, this petition, filed on May 29, 2008, for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254 was transferred to this court from the Northern District.  Petitioner

18   challenges the 2006 decision by the California Board of Parole Hearings (BPH) finding him

19   unsuitable for parole.  On May 16, 2008, the Ninth Circuit granted rehearing en banc in Hayward

20   v. Marshall, 512 F.3d 536 (9th Cir. 2008).   Petitioner will be given an opportunity to show cause

21   why this case should not be stayed pending the rehearing in *Hayward*, supra.

22   \\\\\

23   \\\\\

24   \\\\\

25   \\\\\

26   \\\\\

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

DATED: 06/12/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
mull1233.osc