IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT WILLIAM MULLIN,

    Petitioner,           No. CIV S-08-1233 GGH P

    vs.

MARTEL, Warden,

    Respondent.        ORDER

_____/

        In this habeas transferred from the Northern District, petitioner paid the filing fee as noted in the docket of this case. Therefore, petitioner's obligation to file the appropriate in forma pauperis affidavit or to pay the filing fee, pursuant to an Order, filed on June 13, 2008 (#9), has been discharged, and that order is hereby vacated.[1]

        IT IS SO ORDERED.

DATED: 06/20/08

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
mull1233.vac

---

[1] Petitioner must nevertheless respond as directed by the Order, also filed on June 13, 2008 (# 10), regarding whether this matter should be stayed.