1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HERBERT WILLIAM MULLIN,

11          Petitioner,                    No. CIV S-08-1233 FCD GGH P

12      vs.

13   MARTEL, Warden,

14          Respondent.                    ORDER

15   _____/

16          Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21   served by the appointment of counsel at the present time.  The petition is of questionable merit

22   both from an exhaustion standpoint and substantively.

23          However, in light of petitioner's apparent health condition requiring extended

24   chemotherapy treatments, the court will permit petitioner a very liberal extension of time to

25   respond to respondent's pending motion to dismiss.

26   \\\\\

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Petitioner's October 1, 2010 (docket # 23) request for appointment of counsel

3    is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

4    2.  Petitioner is, however, granted an extension of time until December 10, 2010,

5    to file his response to respondent's September 10, 2010, pending motion to dismiss; and

6    3.  There will be no further extension of time.

7    DATED: October 15, 2010

8

9    /s/ Gregory G. Hollows

10   GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

11   GGH:009/md
     mull1233.110+

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26