IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT WILLIAM MULLIN,

    Petitioner,                    No. CIV S-08-1233 FCD GGH P

   vs.

MARTEL, Warden,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed.

        Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: November 1, 2010

                                           /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
mull1233.159g